IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO.: 1:07-cv-00002 |
| | : |
| v. | : |
| | : Removed from Chancery Court |
| ALLEN BROS. WHOLESALE | : New Castle County, Delaware |
| DISTRIBUTORS INC.; COOPER-BOOTH | : C.A. No. 2572-N |
| WHOLESALE COMPANY; EBY-BROWN | : |
| COMPANY LLC; and KLEIN CANDY CO. LP, | : |
| | : |
| Defendants. | : |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Michael F. Bonkowski, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves for the admission *pro hac vice* of Adrienne C. Rogove of the law firm Saul Ewing LLP, 750 College Road, Suite 100, Princeton, NJ 08540-6617, in this action to represent Plaintiff L.J. Zucca, Inc. Ms. Rogove is admitted, practicing, and in good standing in the Bars of New Jersey, New York, and the District of Columbia. In accordance with Standing Order for District Court Fund Effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this Motion.

SAUL EWING LLP

_____
Michael F. Bonkowski (No. 2219)
Kimberly M. Large (No. 4422)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
mbonkowski@saul.com
klarge@saul.com

Counsel for L.J. Zucca, Inc.

Dated: January 5, 2007

543964.1 1/5/07

## CERTIFICATION OF ATTORNEY BEING ADMITTED

Pursuant to Local Rule 83.5, I, Adrienne C. Rogove, Esquire, hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bars of New Jersey, New York, and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. My firm and I specifically, have been engaged by L.J. Zucca, Inc. to prosecute similar claims against the Defendants and others in New Jersey, based on their violation of similar New Jersey statutes. I also certify I am generally familiar with this Court's Local Rules.

SAUL EWING LLP

_____
Adrienne C. Rogove
750 College Road
Suite 100
Princeton, NJ 08540-6617
(609) 452-3100
arogove@saul.com

Counsel for L.J. Zucca, Inc.

Dated: January ___, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., | : |
|           Plaintiff, | : CIVIL ACTION NO.: 1:07-cv-00002 |
| v. | : |
| | : Removed from Chancery Court |
| ALLEN BROS. WHOLESALE | : New Castle County, Delaware |
| DISTRIBUTORS INC.; COOPER-BOOTH | : C.A. No. 2572-N |
| WHOLESALE COMPANY; EBY-BROWN | : |
| COMPANY LLC; and KLEIN CANDY CO. LP, | : |
|           Defendants. | : |

## ORDER

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Adrienne C. Rogove, Esquire is GRANTED.

DATED: _____, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

543964.1 1/5/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., | : |
|                Plaintiff, | : CIVIL ACTION NO.: 1:07-cv-00002 |
| v. | : |
| | : Removed from Chancery Court |
| ALLEN BROS. WHOLESALE | : New Castle County, Delaware |
| DISTRIBUTORS INC.; COOPER-BOOTH | : C.A. No. 2572-N |
| WHOLESALE COMPANY; EBY-BROWN | : |
| COMPANY LLC; and KLEIN CANDY CO. LP, | : |
|                Defendants. | : |

### CERTIFICATE OF SERVICE

I, Michael F. Bonkowski, Esquire, hereby certify that on January 5, 2007, I electronically filed the MOTION AND ORDER FOR ADMISSION PRO HAC VICE of Adrienne C. Rogove with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following counsel in the manner indicated:

**VIA REGULAR MAIL**

David K. Sheppard, Esquire
1201 Market Street
Suite 800
Wilmington, DE 19801

**VIA REGULAR MAIL**

Christopher M. Ferguson
Kostelanetz & Fink, LLP
530 Fifth Avenue
New York, New York 10036

**VIA REGULAR MAIL**

Stephen M. Orlofsky, Esquire
Kit Applegate, Esquire
210 Lake Drive East, Suite 200
Woodland Falls Corporate Park
Cherry Hill, NJ 08002

**VIA REGULAR MAIL**

Michael J. Fioretti, Esquire
Law Offices of Chance & McCann
201 West Commerce Street
Bridgeton, New Jersey 08302

543964.1 1/5/07

-2-

**VIA REGULAR MAIL**

Allen Bros. Wholesale Distributors Inc.
120 West Erie Avenue
Philadelphia, PA 19104-2725

**SAUL EWING LLP**

Michael F. Bonkowski (No. 2219)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
mbonkowski@saul.com

Counsel for L.J. Zucca, Inc.