IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC. <br><br> Plaintiff, <br><br> v. <br><br> ALLEN BROS. WHOLESALE DISTRIBUTORS INC., COOPER-BOOTH WHOLESALE COMPANY, EBY-BROWN COMPANY LLC; and KLEIN CANDY CO. LP, <br><br> Defendants. | C.A. No.: 1:07-cv-00002 <br><br><br> Removed from Chancery Court <br> New Castle County, Delaware <br> C.A. No. 2572-N |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Stephen M. Orlofsky and Kit Applegate to represent Defendant Cooper-Booth Wholesale Company in this matter. Both are admitted, practicing and in good standing as members of the Bars of the State of New Jersey and the Commonwealth of Pennsylvania. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this Motion.

Dated: January 9, 2007

BLANK ROME LLP

/s/ David K. Sheppard

David K. Sheppard, Esquire (I.D. No. 4149)
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Fax    (302) 425-6464
Attorneys for Defendant Cooper-Booth
    Wholesale Company

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New Jersey and the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: January 9, 2007

Signed: _____
Kit Applegate, Esquire
Blank Rome LLP
210 Lake Drive East
Woodland Falls Corporate Park, Suite 200
Cherry Hill, New Jersey 08002
(856) 779-3600

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New Jersey and the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:  January 9, 2007

Signed: _____
Stephen M. Orlofsky, Esquire
Blank Rome LLP
210 Lake Drive East
Woodland Falls Corporate Park, Suite 200
Cherry Hill, New Jersey 08002
(856) 779-3600

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC. | : |
| Plaintiff, | : |
| v. | : C.A. No.: 1:07-cv-00002 |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC., COOPER-BOOTH WHOLESALE COMPANY, EBY-BROWN COMPANY LLC; and KLEIN CANDY CO. LP, | : Removed from Chancery Court New Castle County, Delaware C.A. No. 2572-N |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, David K. Sheppard, Esquire, hereby certify that on January 3, 2007, I electronically served a copy of the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** on the following counsel of record:

> Michael F. Bonkowski, Esquire
> Kimberly M. Large, Esquire
> Saul Ewing LLP
> 222 Delaware Avenue, Suite 1200
> P.O. Box 1266
> Wilmington, DE 19899

/s/ David K. Sheppard
---
David K. Sheppard
I.D. No. 4149

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC.<br><br>        Plaintiff,<br><br>        v.<br><br>ALLEN BROS. WHOLESALE DISTRIBUTORS INC., COOPER-BOOTH WHOLESALE COMPANY, EBY-BROWN COMPANY LLC; and KLEIN CANDY CO. LP,<br><br>        Defendants. | C.A. No.: 1:07-cv-00002<br><br>Removed from Chancery Court<br>New Castle County, Delaware<br>C.A. No. 2572-N |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Stephen M. Orlofsky and Kit Applegate is GRANTED.

Date: _____          _____
                                                    **United States District Judge**