

BLANK ROME LLP
COUNSELORS AT LAW

Phone:   (302) 425-6479
Fax:     (302) 425-6464
Email:   sheppard@blankrome.com

January 23, 2007

**VIA HAND DELIVERY & ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Bldg.
844 N. King St.
Room 6100
Lockbox 8
Wilmington, DE 19801

      Re:    *L.J. Zucca, Inc. v. Allen Bros. Wholesale Distributors Inc., et al.*
             **Civil Action No. 1:07-CV-00002 (MPT)**

Dear Magistrate Judge Thynge:

    We represent Defendant Cooper-Booth Wholesale Company ("Cooper-Booth") in the above-referenced matter and write to the Court, pursuant to Local Rule 81.2, to identify all pending matters that require judicial action.

    There is presently only one matter before the Court that requires judicial action. Defendant Cooper-Booth has a pending Motion for Partial Judgment on the Pleadings. In that Motion, we argue that Plaintiff's claims under the Delaware Unfair Cigarette Sales Act, 6 *Del. C.* §§ 2601 – 2608, are preempted by Section 1 of the Sherman Act, 15 U.S.C. § 1. There may be additional motions once the remaining three Defendants formally enter their appearances.

    As a final matter, we bring to the Court's attention the fact that there is related litigation brought by L. J. Zucca, Inc. ("Zucca") pending in the Superior Court of New Jersey, Chancery Division, Cumberland County, Docket No. C-19-06. All of the Defendants in this case are also defendants in that case. Zucca had initially asserted the Delaware claims in the New Jersey litigation, but they were dismissed on comity grounds. Merits discovery in the New Jersey litigation, meanwhile, has been stayed while the parties litigate whether the New Jersey Unfair Cigarette Sales Act is preempted by the Sherman Act.



The Honorable Mary Pat Thynge
January 23, 2007
Page 2

      We look forward to the opportunity to meet with Your Honor at the initial case management conference.

                                      Respectfully submitted,

                                      David K. Sheppard
                                      I.D. No. 4149

DKS:ka/pfc

cc:    Stephen M. Orlofsky, Esquire (via inter-office mail)
       Kit Applegate, Esquire (via inter-office mail)
         (Co-Counsel for Defendant Cooper-Booth Wholesale Company)

       Kimberly M. Large, Esquire (via electronic service)
         (Counsel for Plaintiff L.J. Zucca, Inc.)

       Eric Rayz, Esquire (via First-Class Mail)
         (Counsel for Defendant Allen Bros. Wholesale Distributors Inc.)

       Michael D. Fioretti, Esquire (via First-Class Mail)
         (Counsel for Defendant Eby-Brown Company LLC)

       Brian C. Wille, Esquire (via First-Class Mail)
         (Counsel for Defendant Western Skier Ltd.)