## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

L.J. ZUCCA, INC.        :

              :

       Plaintiff,   :   C.A. No. 1:07-cv-2 (MPT)

              :

     v.        :

              :

ALLEN BROS. WHOLESALE    :

DISTRIBUTORS INC. *et al.*,    :

              :

       Defendants.  :

### DEFENDANT COOPER-BOOTH WHOLESALE COMPANY'S
### MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant Cooper-Booth Wholesale Company, by and through its undersigned counsel, hereby moves this Court for judgment on the pleadings dismissing Count I of Plaintiff L.J. Zucca, Inc.'s First Amended Verified Complaint. Count I of the First Amended Verified Complaint asserts claims for alleged violations of the Delaware Unfair Cigarette Sales Act, 6 *Del. C.* §§ 2601 – 2608. Defendant Cooper-Booth Wholesale Company seeks judgment on the ground that the Delaware Unfair Cigarette Sales Act is preempted by Section 1 of the Sherman Act, 15 U.S.C. § 1.

The factual and legal grounds for this Motion are set forth in Defendant Cooper-Booth Company's Brief in Support of Motion for Partial Judgment on the Pleadings, filed contemporaneously herewith. Oral argument is requested.

Respectfully submitted,

**BLANK ROME LLP**

Dated: January 23, 2007

David K. Sheppard, Esquire (I.D. No. 4149)
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Fax     (302) 425-6464

and

Stephen M. Orlofsky, Esquire
Kit Applegate, Esquire
210 Lake Drive East, Suite 200
Woodland Falls Corporate Park
Cherry Hill, New Jersey 08002
Phone: (856) 779-3600
Fax:     (856) 779-7647

Attorneys for Defendant
Cooper-Booth Wholesale Company

110018.00602/30307559v.1

United States Constitution, the Delaware Unfair Cigarette Sales Act, 6 *Del. C.* §§ 2601 – 2608, is

preempted by the Sherman Act, 15 U.S.C. § 1.

_____
J.

## CERTIFICATE OF SERVICE

I, David K. Sheppard, certify that on January 23, 2007, I served a copy of **Defendant Cooper-Booth Company's Motion for Partial Judgment on the Pleadings** upon the following counsel in the manner indicated below:

### VIA ELECTRONIC SERVICE

Kimberly M. Large, Esquire
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Attorneys for Plaintiff
L.J. Zucca, Inc.

### VIA FIRST CLASS MAIL

Eric Rayz, Esquire
Kalikhman & Rayz, LLC
1051 County Line Rd., Suite 102
Huntingdon Valley, PA 19006
Attorneys for Defendant
Allen Bros. Wholesale Distributors, Inc.

Michael D. Fioretti, Esquire
Chance & McCann, LLC
201 West Commerce St.
Bridgeton, NJ 08302
Attorneys for Defendant
Eby-Brown Company LLC

Brian C. Wille, Esquire
Kostelanetz & Fink, LLP
530 Fifth Ave.
New York, NY 10036
Attorneys for Defendant
Western Skier Ltd.

David K. Sheppard
I.D. No. 4149

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| L.J. ZUCCA, INC. | : | |
| Plaintiff, | : | C.A. No. 1:07-cv-2 (MPT) |
| v. | : | |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC. *et al.*, | : | |
| Defendants. | : | |

## ORDER

THIS MATTER having come before the Court on Defendant Cooper-Booth Wholesale Company's Motion for Partial Judgment on the Pleadings for an Order under Rule 12(c) dismissing Count I of Plaintiff L.J. Zucca, Inc.'s First Amended Verified Complaint on the ground that, pursuant to Article VI, Paragraph 2 of the United States Constitution, the claims asserted under the Delaware Unfair Cigarette Sales Act, 6 *Del. C.* §§ 2601 – 2608, are preempted by the Sherman Act, 15 U.S.C. § 1; and the Court having considered the moving and opposing papers, argument of counsel, and having placed its findings of fact and conclusions of law on the record;

IT IS on this _____ day of _____, 2007, **ORDERED** that:

1.     Defendant Cooper-Booth Wholesale Company's motion is **GRANTED.**

2.     Count I of Plaintiff L.J. Zucca, Inc.'s First Amended Verified Complaint is **DISMISSED** under Rule 12(c) on the ground that, pursuant to Article VI, Paragraph 2 of the

110018.00602/30307559v.1



**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:    (302) 425-6479

Fax:     (302) 425-6464

Email:    sheppard@blankrome.com


January 23, 2007


**VIA HAND DELIVERY & ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Bldg.
844 N. King St.
Room 6100
Lockbox 8
Wilmington, DE 19801

> Re:    *L.J. Zucca, Inc. v. Allen Bros. Wholesale Distributors Inc., et al.*
> **Civil Action No. 07-CV-00002 (MPT)**

Dear Magistrate Judge Thynge:

We represent Defendant Cooper-Booth Wholesale Company ("Cooper-Booth") in the above-referenced matter. Today, Cooper-Booth filed a Motion for Partial Judgment on the Pleadings. A courtesy copy is enclosed. In our Motion, we contend that Plaintiff's claims under the Delaware Unfair Cigarette Sales Act, 6 *Del. C.* §§ 2601 – 2608, are preempted by Section 1 of the Sherman Act, 15 U.S.C. § 1.

We bring this fact to Your Honor's attention because, under 28 U.S.C. § 2403(b), the Court is required to notify the Delaware Attorney General of Cooper-Booth's constitutional challenge of the Delaware Unfair Cigarette Sales Act:

> In any action, suit, or proceeding in a court of the United States to which a State or any agency, officer, or employee thereof is not a party, wherein the constitutionality of any statute of that State affecting the public interest is drawn in question, the court shall certify such fact to the attorney general of the State, and shall permit the State to intervene for presentation of evidence, if evidence is otherwise admissible in the case, and for argument on the question of constitutionality. . . .

28 U.S.C. § 2403(b).



The Honorable Mary Pat Thynge
January 23, 2007
Page 2

We thank Your Honor for her time and consideration of this matter.

Respectfully,

David K. Sheppard
I.D. 4149

DKS:ka/pfc
Enclosure

cc:    Stephen M. Orlofsky, Esquire (via inter-office mail)
       Kit Applegate, Esquire (via inter-office mail)
        (Co-Counsel for Defendant Cooper-Booth Wholesale Company)

       Kimberly M. Large, Esquire (via electronic service)
        (Counsel for Plaintiff L.J. Zucca, Inc.)

       Eric Rayz, Esquire (via First-Class Mail)
        (Counsel for Defendant Allen Bros. Wholesale Distributors Inc.)

       Michael D. Fioretti, Esquire (via First-Class Mail)
        (Counsel for Defendant Eby-Brown Company LLC)

       Brian C. Wille, Esquire (via First-Class Mail)
        (Counsel for Defendant Western Skier Ltd.)

110018.00602/30307380v.1