IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC. : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. 1:07-CV-2-*** |
| : | |
| v. : | |
| : | |
| ALLEN BROS. WHOLESALE : | |
| DISTRIBUTORS INC. *et al.*, : | |
| : | |
| Defendants. : | |

## STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS

THIS MATTER having come before the Court by Plaintiff L.J. Zucca, Inc. and Defendant Cooper-Booth Wholesale Company ("Cooper-Booth"), by and though their counsel; and counsel for the parties having agreed upon the below briefing schedule for Cooper-Booth's pending Motion for Partial Judgment on the Pleadings (DI Nos. 11, 12):

1.	Plaintiff L.J. Zucca, Inc. shall file and serve its answering brief and accompanying affidavits, if any, on or before February 20, 2007.

2.	Defendant Cooper-Booth shall file and serve its reply brief and accompanying affidavits, if any, on or before March 6, 2007.

110018.00602/30308095v.1

_____
Michael F. Bonkowski (No. 2219)
Kimberly M. Large (No. 4422)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE  19899
(302) 421-6800
Attorneys for Plaintiff

_____
David K. Sheppard (No. 4149)
BLANK ROME LLP
1201 Market Street
Suite 800
Wilmington, DE  19801

and

Stephen M. Orlofsky, Esquire
Kit Applegate, Esquire
Blank Rome
210 Lake Drive East, Suite 200
Woodland Falls Corporate Park
Cherry Hill, NJ  08002
Attorneys for Defendant Cooper-Booth

**SO ORDERED** this _____ day of February, 2007.

_____
Magistrate Judge Mary Pat Thynge