

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Kimberly M. Large
Phone: (302) 421-6826
Fax: (302) 421-5883
klarge@saul.com
www.saul.com

January 31, 2007

**Via Hand Delivery**

Honorable U.S. Magistrate Judge Mary Pat Thynge
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    **L.J. ZUCCA, INC. v. ALLEN BROS. WHOLESALE DISTRIB.,** *et al.*
              Civil Action No. 1:07-CV-2-***

Dear Magistrate Judge Thynge:

      This firm is counsel to Plaintiff L.J. Zucca, Inc. Enclosed please find a courtesy copy of a stipulation and draft order with respect to a briefing schedule on a pending Motion to Dismiss by Defendant Cooper-Booth Wholesale Company. We are available at the Court's convenience to discuss this matter should Your Honor have any questions.

                                  Respectfully submitted,

                                    Kimberly Large

Enclosures
cc:    David Sheppard, Esq. (by Email)
        Stephen M. Orlofsky, Esq. (by Email)
        Kit Applegate, Esq. (by Email)
        Clerk, United States District Court

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP