IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L. J. ZUCCA, INC.<br><br>                 Plaintiff,<br><br>v.<br><br>ALLEN BROS. WHOLESALE DISTRIBUTORS INC., COOPER-BOOTH WHOLESALE COMPANY, EBY-BROWN COMPANY, LLC, and KLEIN CANDY CO. LP,<br><br>                 Defendants. | C.A. No. 1:07-cv-00002-*** |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of DAVID E. BRAND, ESQUIRE, on behalf of the defendant, EBY-BROWN COMPANY, LLC. The Entry of Appearance shall not be a waiver of jurisdictional defects in service upon this Defendant. This Defendant specifically reserves all rights to raise jurisdictional, or service, or statute of limitations defenses which may be available.

                                      PRICKETT, JONES & ELLIOTT, P.A.

                                      BY: /s/ David E. Brand
                                          DAVID E. BRAND (I.D. No. 201)
                                          1310 King Street
                                          P. O. Box 1328
                                          Wilmington, DE 19899
                                          (302) 888-6514
                                          Attorneys for Defendant
                                          EBY-BROWN COMPANY, LLC

DATE: February 2, 2007.