IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | C.A. No. 1:07-cv-00002** |
| ) | |
| ALLEN BROS. WHOLESALE ) | |
| DISTRIBUTORS, INC., COOPER- ) | |
| BOOTH WHOLESALE COMPANY, ) | |
| EBY-BROWN COMPANY LLC; and ) | |
| WESTERN SKIER LTD., f/k/a ) | |
| KLEIN CANDY CO., LP., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

PLEASE ENTER the appearance of the undersigned as counsel for Defendant Allen Bros. Wholesale Distributors, Inc., in this action.

MORRIS JAMES LLP

_____
James W. Semple (#0396)
Matthew F. Lintner (#4371)
David J. Soldo (#4309)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
jsemple@morrisjames.com
mlintner@morrisjames.com
dsoldo@morrisjames.com

February 7, 2007