IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L.J. ZUCCA, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | C.A. No. 1:07-v-00002 \*\*\* |
| | ) | |
| ALLEN BROS. WHOLESALE | ) | |
| DISTRIBUTORS, INC., COOPER- | ) | |
| BOOTH WHOLESALE COMPANY, | ) | |
| EBY-BROWN COMPANY LLC; and | ) | |
| WESTERN SKIER LTD., f/k/a | ) | |
| KLEIN CANDY CO., LP., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to District Court Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Eric Rayz, Esquire, of Kalikhman & Rayz, LLC, 1051 Country Line Road, Unit 102, Huntingdon Valley, PA 19006, to represent Allen Bros. Wholesale Distributors, Inc. in this matter.

MORRIS JAMES LLP

_____
James W. Semple (#0396)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
Telephone: (302) 888-6800
Email: jsemple@morrisjames.com
Attorneys for Allen Bros Wholesale
Distributors, Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Court Judge

1529890

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing in the Commonwealth of Pennsylvania. Pursuant to District Court Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Date: 2/7/07

Signed: _____
Eric Rayz, Esquire
Kalikhman & Rayz, LLC
1051 Country Line Road, Unit 102
Huntingdon Valley, PA 19006
Telephone: (215) 364-5030
ERayz@kalraylaw.com

1529890