IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC. | : |
| Plaintiff, | : CIVIL ACTION NO. 1:07-CV-2-*** |
| v. | : |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC. *et al.*, | : |
| Defendants. | : |

## AMENDED STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS

THIS MATTER having come before the Court by Plaintiff L.J. Zucca, Inc. and Defendant Cooper-Booth Wholesale Company ("Cooper-Booth"), by and though their counsel; and counsel for the parties having agreed upon the below briefing schedule for Cooper-Booth's pending Motion for Partial Judgment on the Pleadings (DI Nos. 11, 12):

1. Plaintiff L.J. Zucca, Inc. shall file and serve its answering brief and accompanying affidavits, if any, on or before February 22, 2007.

2. Defendant Cooper-Booth shall file and serve its reply brief and accompanying affidavits, if any, on or before March 8, 2007.

*/s/ Kimberly Large*
Michael F. Bonkowski (No. 2219)
Kimberly M. Large (No. 4422)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
(302) 421-6800
Attorneys for Plaintiff

*/s/ DKS*
David K. Sheppard (No. 4149)
BLANK ROME LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

and

Stephen M. Orlofsky, Esquire
Kit Applegate, Esquire
Blank Rome
210 Lake Drive East, Suite 200
Woodland Falls Corporate Park
Cherry Hill, NJ 08002
Attorneys for Defendant Cooper-Booth

**SO ORDERED** this _____ day of February, 2007.

_____
Magistrate Judge Mary Pat Thynge



SAUL
EWING
Attorneys at Law
A Delaware LLP

Kimberly M. Large
Phone: (302) 421-6826
Fax: (302) 421-5883
klarge@saul.com
www.saul.com

February 20, 2007

**Via Hand Delivery**

Honorable U.S. Magistrate Judge Mary Pat Thynge
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    **L.J. ZUCCA, INC. v. ALLEN BROS. WHOLESALE DISTRIB.,** *et al.*
            Civil Action No. 1:07-CV-2-***

Dear Magistrate Judge Thynge:

      This firm is counsel to Plaintiff L.J. Zucca, Inc. Enclosed please find a revised stipulation and draft order with respect to the briefing schedule on a pending Motion to Dismiss by Defendant Cooper-Booth Wholesale Company. This schedule permits each side an additional two days for its response and supplements that Stipulation which was filed on January 31, 2007. We are available at the Court's convenience to discuss this matter should Your Honor have any questions.

                                         Respectfully submitted,

                                         Kimberly Large

Enclosures
cc:    David Sheppard, Esq. (by Email)
        Stephen M. Orlofsky, Esq. (by Email)
        Kit Applegate, Esq. (by Email)
        Clerk, United States District Court

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP