IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )   C.A. No. 1:07-cv-00002** |
| | ) |
| ALLEN BROS. WHOLESALE | ) |
| DISTRIBUTORS, INC., COOPER- | ) |
| BOOTH WHOLESALE COMPANY, | ) |
| EBY-BROWN COMPANY LLC; and | ) |
| WESTERN SKIER LTD., f/k/a | ) |
| KLEIN CANDY CO., LP., | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF JOINDER

PLEASE TAKE NOTICE that Defendant Allen Bros. Wholesale Distributors, Inc. hereby joins in the Motion for Partial Summary Judgment of Defendant Cooper-Booth Wholesale Company (DI 12) and Opening Brief (DI 11) filed on January 23, 2007 in this action.

            MORRIS JAMES LLP

            /s/ James W. Semple
            James W. Semple (#0396)
            Matthew F. Lintner (#4371)
            David J. Soldo (#4309)
            500 Delaware Avenue, Suite 1500
            P.O. Box 2306
            Wilmington, DE 19899
            jsemple@morrisjames.com
            mlintner@morrisjames.com
            dsoldo@morrisjames.com

February 20, 2007

1530223/1