IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L. J. ZUCCA, INC., | : |
|        Plaintiff, | : |
| v. | :   C. A. No. 07-002-*** |
| ALLEN BROS. WHOLESALE DISTRIBUTORS, INC., et al., | : |
|        Defendants. | : |

## ORDER

At Wilmington, Delaware, this **20th** day of **February, 2007.**

IT IS ORDERED that a status/scheduling teleconference with Judge Thynge has been scheduled for **Wednesday, March 14, 2007 at 2:30 p.m. Eastern Time. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                  /s/ Mary Pat Thynge  
                                                  UNITED STATES MAGISTRATE JUDGE