IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L. J. ZUCCA, INC. | |
| Plaintiff, | C.A. No. 1:07-cv-00002-*** |
| v. | |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC., COOPER-BOOTH WHOLESALE COMPANY, EBY-BROWN COMPANY, LLC, and KLEIN CANDY CO. LP, | |
| Defendants. | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

PURSUANT to District Court Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael Joseph Fioretti, Esquire, of Chance & McCann, LLC, P.O. Box 278, Bridgeton, NJ 08302-0212, to represent Eby-Brown Company, LLC in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

BY: _____
DAVID E. BRAND (I.D. No. 201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
Tele: (302) 888-6514
DEBrand@prickett.com
Attorneys for Defendant
EBY-BROWN COMPANY, LLC

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion For Admission *pro hac vice* is granted.

Date: _____         _____
United States District Court Judge

20168.1\327107v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing in the State of New Jersey. Pursuant to District Court Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Date: 3/1/07

Signed: _____
Michael J. Fioretti, Esq.
CHANCE & MC CANN, LLC
P. O. Box 278
Bridgeton, NJ 08302-021
NJ Bar ID No. 02570
Telephone: (856) 451-9100
mfiorettiesq@comcast.net

20168.1\327107v1