# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

L. J. ZUCCA, INC.

|                                    |                              |
|------------------------------------|------------------------------|
| Plaintiff,                         | C.A. No. 1:07-cv-00002-***   |
| v.                                 |                              |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC., COOPER-BOOTH WHOLESALE COMPANY, EBY-BROWN COMPANY, LLC, and KLEIN CANDY CO. LP, |  |
| Defendants.                        |                              |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

PURSUANT to District Court Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kevin Patrick McCann, Esquire, of Chance & McCann, LLC, P.O. Box 278, Bridgeton, NJ  08302-0212, to represent Eby-Brown Company, LLC in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

BY: _____

DAVID E. BRAND (I.D. No. 201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
Tele:  (302) 888-6514
DEBrand@prickett.com
Attorneys for Defendant
EBY-BROWN COMPANY, LLC

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion For Admission *pro hac vice* is granted.

Date: _____      _____
United States District Court Judge

20168.1\327109v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing in the State of New Jersey. Pursuant to District Court Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Date: _3/6/07_

Signed: _____

Kevin Patrick McCann, Esq.
CHANCE & MC CANN, LLC
P. O. Box 278
Bridgeton, NJ   08302-021
NJ Bar ID No. 20544
Telephone: (856) 451-9100
chanceandmccann@comcast.net

20168.1\327109v1