IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L. J. ZUCCA, INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-002-*** |
| ALLEN BROS. WHOLESALE DISTRIBUTORS, INC., et al., | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **14th** day of **March, 2007.**

IT IS ORDERED that the parties are to advise on or before **March 20, 2007** whether they consent to the jurisdiction of the Magistrate Judge.

IT IS FURTHER ORDERED that a scheduling teleconference with Judge Thynge has been scheduled for **Monday, March 26, 2007 at 8:30 a.m. Eastern Time. David K. Sheppard, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE