

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Kimberly M. Large
Phone: (302) 421-6826
Fax: (302) 421-5883
klarge@saul.com
www.saul.com

March 16, 2007

**Via Hand Delivery and E-Filing**

Honorable U.S. Magistrate Judge Mary Pat Thynge
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    **L.J. ZUCCA, INC. v. ALLEN BROS. WHOLESALE DISTRIB.**, *et al.*
             Civil Action No. 1:07-CV-2-***

Dear Magistrate Judge Thynge:

    This firm represents Plaintiff L.J. Zucca, Inc. At the March 14, 2007 teleconference, the parties were instructed to confer and report on whether a stipulation would be forthcoming submitting the matter, including the pending Motion for Partial Judgment on the Pleadings (the "Motion"), to Your Honor as trial judge. The parties cannot so stipulate. Since the Motion will not be heard until a judge is assigned, counsel will confer regarding scheduling prior to the March 26, 2007 scheduling conference.

    Should Your Honor have any questions, counsel is available at the call of the Court.

                                    Respectfully submitted,

                                    Kimberly Large (No. 4422)

Enclosures
cc:    Clerk, United States District Court
       Counsel on the Attached Service List

## SERVICE LIST

**VIA HAND DELIVERY**

David K. Sheppard, Esquire
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

**VIA REGULAR MAIL**

Christopher M. Ferguson
Kostelanetz & Fink, LLP
530 Fifth Avenue
New York, New York 10036

**VIA REGULAR MAIL**

Eric Rayz, Esquire
Kalikhman & Rayz, LLC
1051 County Line Road, Unit 102
Huntingdon Valley, PA 19006

**VIA HAND DELIVERY**

David E. Brand
Prickett, Jones & Elliot, P.A.
1310 King St.
Wilmington, DE 19801

**VIA INTEROFFICE MAIL**

Francis X. Riley
Adrienne C. Rogove
Saul Ewing, LLP
750 College Road East, Suite 100
Princeton, NJ 08540-6617

**VIA REGULAR MAIL**

Stephen M. Orlofsky, Esquire
Kit Applegate, Esquire
Blank Rome LLP
210 Lake Drive East, Suite 200
Woodland Falls Corporate Park
Cherry Hill, NJ 08002

**VIA REGULAR MAIL**

Michael J. Fioretti, Esquire
Law Offices of Chance & McCann
201 West Commerce Street
Bridgeton, New Jersey 08302

**VIA HAND DELIVERY**

James Semple, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**VIA HAND DELIVERY**

David S. Eagle
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801