

Phone:      (302) 425-6479
Fax:        (302) 425-6464
Email:      sheppard@blankrome.com

March 16, 2007

<u>**VIA HAND DELIVERY & ELECTRONIC FILING**</u>

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Bldg.
844 N. King St.
Room 6100
Wilmington, DE 19801

      Re:    ***L.J. Zucca, Inc. v. Allen Bros. Wholesale Distributors Inc., et al.***
              **Civil Action No. 07-CV-00002 (MPT)**

Dear Magistrate Judge Thynge:

      In anticipation of our conference call with Your Honor scheduled for March 26, 2007 at 8:30 a.m., we have polled counsel for each of the parties and all counsel agree that discovery should be stayed in this matter pending decision on Defendant Cooper-Booth Wholesale Company's Motion for Partial Judgment on the Pleadings.

      Cooper-Booth's motion, if granted, would be dispositive of this entire case. Every count in Plaintiff's Amended Verified Complaint is predicated on a violation of the Delaware Unfair Cigarette Sales Act, 6 *Del. C.* §§ 2601 – 2608. It is Cooper-Booth's position that the Delaware statute is preempted by the federal Sherman Act, an issue that we are currently litigating with some success in a related lawsuit in New Jersey. Accordingly, counsel agree that it makes economic and pragmatic sense to await decision on the motion pending before Your Honor and not engage in discovery for a case that might very well be dismissed.



The Honorable Mary Pat Thynge
March 16, 2007
Page 2

        This letter also confirms, as stated in the conference call with Your Honor on March 14, 2007, that Cooper-Booth consents to Your Honor's jurisdiction for all purposes.

        We thank you for your time and consideration and look forward to speaking with Your Honor again on March 26, 2007.

                                Respectfully,

                                David K. Sheppard
                                I.D. No. 4149

DKS:ka/pfc

cc:    Stephen M. Orlofsky, Esquire (via electronic service)
       Kit Applegate, Esquire (via electronic service)
         (Co-Counsel for Defendant Cooper-Booth Wholesale Company)

       Michael F. Bonkowski, Esquire (via electronic service)
       Kimberly M. Large, Esquire (via electronic service)
       Adrienne C. Rogove, Esquire (via electronic service)
         (Counsel for Plaintiff L.J. Zucca, Inc.)

       James W. Semple, Esquire (via electronic service)
       Eric Rayz, Esquire (via electronic service)
         (Counsel for Defendant Allen Bros. Wholesale Distributors Inc.)

       David E. Brand, Esquire (via electronic service)
       Michael D. Fioretti, Esquire (via electronic service)
         (Counsel for Defendant Eby-Brown Company LLC)

       David S. Eagle, Esquire (via electronic service)
       Brian C. Wille, Esquire (via First-Class Mail)
         (Counsel for Defendant Western Skier Ltd.)