

**BLANK ROME** LLP
COUNSELORS AT LAW

| | |
|---|---|
| *Phone:* | *(302) 425-6479* |
| *Fax:* | *(302) 425-6464* |
| *Email:* | *sheppard@blankrome.com* |

March 22, 2007

## VIA HAND DELIVERY & ELECTRONIC FILING

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Bldg.
844 N. King St.
Room 6100
Wilmington, DE 19801

Re: *L.J. Zucca, Inc. v. Allen Bros. Wholesale Distributors Inc., et al.*
       **Civil Action No. 07-CV-00002 (MPT)**

Dear Magistrate Judge Thynge:

In an effort to assist the Court with its reporting requirement pursuant to 28 U.S.C. § 2403, Defendant Cooper-Booth Wholesale Company has prepared the "Certification Pursuant to 28 U.S.C. § 2403" for the Court's signature, a copy of which is enclosed.

If the Court has any questions about the foregoing, we are available at the Court's convenience.

Respectfully,

David K. Sheppard
I.D. No. 4149

DKS:pfc
Enclosure

cc:    All Counsel (on attached)

The Honorable Mary Pat Thynge
March 22, 2007
Page 2


cc:    Stephen M. Orlofsky, Esquire (via electronic service)
       Kit Applegate, Esquire (via electronic service)
       Michael F. Bonkowski, Esquire (via electronic service)
       Kimberly M. Large, Esquire (via electronic service)
       Adrienne C. Rogove, Esquire (via electronic service)
       James W. Semple, Esquire (via electronic service)
       Eric Rayz, Esquire (via electronic service)
       David E. Brand, Esquire (via electronic service)
       Michael D. Fioretti, Esquire (via electronic service)
       David S. Eagle, Esquire (via electronic service)
       Brian C. Wille, Esquire (via First-Class Mail)
         (Counsel for Defendant Western Skier Ltd.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

L.J. ZUCCA, INC.                               :
                                               :
                    Plaintiff,                 :          C.A. No.  1:07-CV-2 (MPT)
                                               :
         v.                                    :
                                               :
ALLEN BROS. WHOLESALE                          :
DISTRIBUTORS INC., *et al.*,                    :
                                               :
                    Defendants.                :
                                               :

## CERTIFICATION PURSUANT TO 28 U.S.C. § 2403

Pursuant to 28 U.S.C. § 2403(b), I hereby certify that a constitutional challenge has been posed to the Delaware Unfair Cigarettes Sales Act, 6 *Del. C.* §§ 2601, *et seq.*, in the above-captioned action.  Defendant Cooper-Booth Wholesale Company has moved for partial judgment on the pleadings on the grounds that the Delaware Unfair Cigarette Sales Act is preempted by Section 1 of the Sherman Act, 15 U.S.C. § 1.

_____
Judge Mary Pat Thynge
