

*Phone:* (302) 425-6479
*Fax:* (302) 425-6464
*Email:* sheppard@blankrome.com

March 26, 2007

**VIA HAND DELIVERY & ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Bldg.
844 N. King St.
Room 6100
Wilmington, DE 19801

  Re: *L.J. Zucca, Inc. v. Allen Bros. Wholesale Distributors Inc., et al.*
     **Civil Action No. 07-CV-00002 (MPT)**

Dear Magistrate Judge Thynge:

  Per Your Honor's request, enclosed please find a copy of a proposed Order staying discovery in the above-referenced action.

Respectfully submitted,

David K. Sheppard
I.D. No. 4149

DKS:pfc
Enclosure

cc: All Counsel (as listed on the attached list)

Chase Manhattan Centre  1201 Market Street  Suite 800  Wilmington, DE 19801
www.BlankRome.com

110018.00602/40167980v.1  •  Delaware  •  Florida  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC  •  Hong Kong

The Honorable Mary Pat Thynge
March 26, 2007
Page 2

cc:   Stephen M. Orlofsky, Esquire (via electronic service)
      Kit Applegate, Esquire (via electronic service)
      Michael F. Bonkowski, Esquire (via electronic service)
      Kimberly M. Large, Esquire (via electronic service)
      Adrienne C. Rogove, Esquire (via electronic service)
      James W. Semple, Esquire (via electronic service)
      Eric Rayz, Esquire (via electronic service)
      David E. Brand, Esquire (via electronic service)
      Michael D. Fioretti, Esquire (via electronic service)
      David S. Eagle, Esquire (via electronic service)
      Brian C. Wille, Esquire (via First-Class Mail)
        (Counsel for Defendant Western Skier Ltd.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC. | : |
| Plaintiff, | : C.A. No. 1:07-CV-2 (MPT) |
| v. | : |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC., *et al.*, | : |
| Defendants. | : |

## ORDER

AND NOW, having considered the parties' agreement to stay discovery in this action pending the resolution of Defendant Cooper-Booth Wholesale Company's motion for partial judgment on the pleadings (the "Motion"), discovery in this action shall be stayed until the Motion has been decided.

_____
Judge Mary Pat Thynge