### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L.J. ZUCCA, INC. | : | |
| Plaintiff, | : | C.A. No. 1:07-CV-2 (MPT) |
| v. | : | |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC., *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, having considered the parties' agreement to stay discovery in this action pending the resolution of Defendant Cooper-Booth Wholesale Company's motion for partial judgment on the pleadings (the "Motion"), discovery in this action shall be stayed until the Motion has been decided.

_____
Judge Mary Pat Thynge

110018.00601/40167970v.1