Writer's Direct Dial:
(302)888-6514
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
DEBrand@prickett.com

# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION
## 1310 KING STREET, BOX 1328
## WILMINGTON, DELAWARE 19899
### TEL: (302) 888-6500
### FAX: (302) 658-8111
http://www.prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

March 27, 2007

**VIA HAND DELIVERY & ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
For the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Wilmington, DE 19801

Re:     *L.J. Zucca, Inc. v. Allen Bros. Wholesale Distributors Inc., et al.*
        **Civil Action No. 07-CV-00002 (MPT)**

Dear Magistrate Judge Tynge:

Enclosed find an Order granting the requests of defendants Allen Bros. Wholesale Distributors Inc., Eby-Brown Company, LLC and Western Skier, Ltd., f/k/a Klein Candy Co., LP to join in the pending Motion for Partial Judgment on the Pleadings (D.I. 12) filed by defendant Cooper-Booth Wholesale Company.

There is no objection from any party to the entry of this Order, and on behalf of the requesting defendants, I respectfully request that the Court sign the Order. If the Court has questions, we are available at the Court's convenience.

Respectfully submitted,

David E. Brand
(DE Bar I.D. #201)

DEB/nmh
Enclosure

cc:     All Counsel (on attached)

20168.1\330331v1

The Honorable Mary Pat Thynge
March 27, 2007
Page 2


cc:     Stephen M. Orlofsky, Esquire (via electronic service)
        Kit Applegate, Esquire (via electronic service)
        Michael F. Bonkowski, Esquire (via electronic service)
        Kimberly M. Large, Esquire (via electronic service)
        Adrienne C. Rogove, Esquire (via electronic service)
        James W. Semple, Esquire (via electronic service)
        Eric Rayz, Esquire (via electronic service)
        Michael D. Fioretti, Esquire (via electronic service)
        David S. Eagle, Esquire (via electronic service)
        David Kyle Sheppard, Esquire (via electronic service)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

L. J. ZUCCA, INC.

                         Plaintiff,

         v.

ALLEN BROS. WHOLESALE DISTRIBUTORS INC., COOPER-BOOTH WHOLESALE COMPANY, EBY-BROWN COMPANY, LLC, and KLEIN CANDY CO. LP,

                      Defendants.

C.A. No. 1:07-cv-00002-***

## ORDER

DEFENDANTS Allen Bros. Wholesale Distributors, Inc., Eby-Brown Company, LLC, and Western Skier Ltd., f/k/a Klein Candy Co., LP, having requested to join in the Defendant Cooper-Booth Wholesale Company's Motion for Partial Judgment on the Pleadings (D.I. 12), and Plaintiff L. J. Zucca, Inc. having no objection to those requests,

IT IS ORDERED that those defendants are permitted to and by this Order have joined in the pending Motion for Partial Judgment on the Pleadings.

SO ORDERED this _____ day of March, 2007.

_____

United States Magistrate Judge