IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L. J. ZUCCA, INC. | |
| Plaintiff, | C.A. No. 1:07-cv-00002-*** |
| v. | |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC., COOPER-BOOTH WHOLESALE COMPANY, EBY-BROWN COMPANY, LLC, and KLEIN CANDY CO. LP, | |
| Defendants. | |

## ORDER

DEFENDANTS Allen Bros. Wholesale Distributors, Inc., Eby-Brown Company, LLC, and Western Skier Ltd., f/k/a Klein Candy Co., LP, having requested to join in the Defendant Cooper-Booth Wholesale Company's Motion for Partial Judgment on the Pleadings (D.I. 12), and Plaintiff L. J. Zucca, Inc. having no objection to those requests,

IT IS ORDERED that those defendants are permitted to and by this Order have joined in the pending Motion for Partial Judgment on the Pleadings.

SO ORDERED this ___ day of March, 2007.

_____
United States Magistrate Judge