IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC. | : |
| Plaintiff, | : C.A. No. 1:07-cv-00002 (JJF) |
| v. | : Removed from Court of Chancery, New Castle County, Delaware |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC., COOPER-BOOTH WHOLESALE COMPANY, EBY-BROWN COMPANY, LLC, and KLEIN CANDY CO. LP, | : C.A. No. 2572-N <br><br> **JURY TRIAL DEMANDED** |
| Defendants. | : |

## SUBSTITUTION OF COUNSEL

Please enter the appearance of Christine S. Azar, Esquire, of Blank Rome LLP, as counsel for Defendant Cooper-Booth Wholesale Company, and withdraw David K. Sheppard, Esquire, as counsel in this action.

**BLANK ROME LLP**

Dated: February 6, 2008

_____
Christine S. Azar, Esquire (I.D. No. 4170)
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Fax    (302) 425-6464

AND

Stephen M. Orlofsky, Esquire
Kit Applegate, Esquire
210 Lake Drive East, Suite 200
Woodland Falls Corporate Park
Cherry Hill, New Jersey 08002
Phone: (856) 779-3600
Fax:    (856) 779-7647