

BLANK ROME LLP
COUNSELORS AT LAW

| | |
|---|---|
| *Phone:* | *(302) 425-6438* |
| *Fax:* | *(302) 428-5134* |
| *Email:* | *azar@blankrome.com* |

March 10, 2008

## VIA HAND DELIVERY & ELECTRONIC FILING

Honorable Joseph J. Farnan, Jr., U.S.D.J.
J. Caleb Boggs Federal Bldg.
844 N. King St.
Room 4124
Lockbox 27
Wilmington, DE 19801

> **Re:    *L.J. Zucca, Inc. v. Allen Bros. Wholesale Distributors Inc., et al.*
> Civil Action No. 1:07-CV-00002 (JJF-MPT)**

Dear Judge Farnan:

We represent Defendant Cooper-Booth Wholesale Company ("Cooper-Booth") in the above-referenced matter.  On January 23, 2007, Cooper-Booth filed a motion under Rule 12(c) for partial judgment on the pleadings (Docket Entry No. 12), which has been fully briefed and is currently pending before Your Honor.

In that motion, Cooper-Booth argues that plaintiff's claims under the Delaware Unfair Cigarette Sales Act ("UCSA"), 6 *Del. C.* §§ 2601 – 2608, are preempted by Section 1 of the Sherman Act, 15 U.S.C. § 1.  Cooper-Booth's motion challenges the UCSA as being a form of minimum resale price maintenance; a *vertical restraint* that the United States Supreme Court has traditionally condemned as being a *per se* violation of the Sherman Act.  But after the parties fully briefed the motion, the Supreme Court released its decision in *Leegin Creative Leather Products, Inc. v. PSKS, Inc.*, 127 S.Ct. 2705 (2007), and held that minimum resale price maintenance would no longer be considered a *per se* violation of the Sherman Act.

Upon further research after the Supreme Court's decision in *Leegin,* Cooper-Booth has determined that its Sherman Act preemption argument remains valid on the premise that the UCSA is a *horizontal* price restraint, which, even after the decision in *Leegin,* is a *per se* violation of the Sherman Act.

What we propose, therefore, is to withdraw our original motion for partial judgment on the pleadings, which was filed pre-*Leegin,* and file in its place a revised motion for partial judgment on the pleadings.  We intend to do this Wednesday, March 12, 2008.

Chase Manhattan Centre  1201 Market Street  Suite 800  Wilmington, DE 19801
www.BlankRome.com

Delaware  •  Florida  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC  •  Hong Kong



Honorable Joseph J. Farnan, Jr., U.S.D.J.
March 10, 2008
Page 2


If Your Honor disagrees with our proposed course of action, please let us know and we will act accordingly.  Thank you.

Respectfully submitted,

Christine S. Azar
DE I.D. No. 4170

CSA:ka/pfc

cc:    Stephen M. Orlofsky, Esquire (Via Electronic Service)
Kit Applegate, Esquire (Via Electronic Service)
  (Co-Counsel for Defendant Cooper-Booth Wholesale Company)

Kimberly M. Large, Esquire (Via Electronic Service)
  (Counsel for Plaintiff L.J. Zucca, Inc.)

James W. Semple, Esquire (Via Electronic Service)
  (Counsel for Defendant Allen Bros. Wholesale Distributors Inc.)

David E. Brand, Esquire (Via Electronic Service)
  (Counsel for Defendant Eby-Brown Company LLC)

David S. Eagle, Esquire (Via Electronic Service)
  (Counsel for Defendant Western Skier Ltd.)