IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC. | : |
| Plaintiff, | : C.A. No. 1:07-cv-2 (JJF) |
| v. | : |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC. *et al.*, | : |
| Defendants. | : |

NOTICE OF WITHDRAWAL OF
DEFENDANT COOPER-BOOTH WHOLESALE COMPANY'S
MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS (D.I. #12)

TO:  Dr. Peter T. Dalleo
     Clerk of the Court
     District Court for the State of Delaware
     844 North King Street, Room 4209
     Lock Box 18
     Wilmington, DE 19801

PLEASE TAKE NOTICE that Defendant Cooper-Booth Wholesale Company hereby withdraws its Motion For Partial Judgment on the Pleadings (D.I. #12) filed on January 23, 2007.

                                    BLANK ROME LLP

Dated: March 12, 2008
                                    _____
                                    Christine S. Azar (I.D. No. 4170)
                                    1201 Market Street, Suite 800
                                    Wilmington, DE 19801
                                    Phone: (302) 425-6400
                                    Fax    (302) 425-6464

                                    and

110018.00602/40173855v.1

Stephen M. Orlofsky, Esquire
Kit Applegate, Esquire
210 Lake Drive East, Suite 200
Woodland Falls Corporate Park
Cherry Hill, New Jersey 08002
Phone: (856) 779-3600
Fax:    (856) 779-7647

Attorneys for Defendant
Cooper-Booth Wholesale Company

## CERTIFICATE OF SERVICE

I, Christine S. Azar, certify that on March 12, 2008, I served a copy of **Defendant Cooper-Booth Company's Notice of Withdrawal of its Motion for Partial Judgment on the Pleadings** upon the following counsel in the manner indicated below:

### VIA ELECTRONIC SERVICE

Michael F. Bonkowski, Esquire
Kimberly M. Large, Esquire
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Attorneys for Plaintiff
L.J. Zucca, Inc.

James W. Semple, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899

David E. Brand, Esquire
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19899

David S. Eagle, Esquire
KLEHR, HARRISON HARVEY,
BRANZBURG & ELLERS, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

_____
Christine S. Azar
I.D. No. 4170