## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L.J. ZUCCA, INC. | : | |
| Plaintiff, | : | C.A. No. 1:07-cv-2 (JJF) |
| v. | : | |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC. *et al.*, | : | |
| Defendants. | : | |

## DEFENDANT COOPER-BOOTH WHOLESALE COMPANY'S
## MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant Cooper-Booth Wholesale Company, by and through its undersigned counsel, hereby moves this Court for judgment on the pleadings dismissing Count I of Plaintiff L.J. Zucca, Inc.'s First Amended Verified Complaint. Count I of the First Amended Verified Complaint asserts claims for alleged violations of the Delaware Unfair Cigarette Sales Act, 6 *Del. C.* §§ 2601 – 2608. Defendant Cooper-Booth Wholesale Company seeks judgment on the ground that the Delaware Unfair Cigarette Sales Act is preempted by Section 1 of the Sherman Act, 15 U.S.C. § 1.

The factual and legal grounds for this Motion are set forth in Defendant Cooper-Booth Company's Brief in Support of Motion for Partial Judgment on the Pleadings, filed contemporaneously herewith. Oral argument is requested.

110018.00602/40173849v.1

Respectfully submitted,

**BLANK ROME LLP**

Dated: March 12, 2008

Christine S. Azar (I.D. No. 4170)
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Fax    (302) 425-6464

and

Stephen M. Orlofsky, Esquire
Kit Applegate, Esquire
210 Lake Drive East, Suite 200
Woodland Falls Corporate Park
Cherry Hill, New Jersey 08002
Phone: (856) 779-3600
Fax:    (856) 779-7647

Attorneys for Defendant
Cooper-Booth Wholesale Company

2

## CERTIFICATE OF SERVICE

I, Christine S. Azar, certify that on March 12, 2008, I served a copy of **Defendant**

**Cooper-Booth Company's Motion for Partial Judgment on the Pleadings** upon the following

counsel in the manner indicated below:

### VIA ELECTRONIC SERVICE

Michael F. Bonkowski, Esquire
Kimberly M. Large, Esquire
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Attorneys for Plaintiff
L.J. Zucca, Inc.

James W. Semple, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899

David E. Brand, Esquire
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19899

David S. Eagle, Esquire
KLEHR, HARRISON HARVEY,
BRANZBURG & ELLERS, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

_____
Christine S. Azar
I.D. No. 4170

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| L.J. ZUCCA, INC. | : | |
| | : | |
| Plaintiff, | : | C.A. No. 1:07-cv-2 (JJF) |
| | : | |
| v. | : | |
| | : | |
| ALLEN BROS. WHOLESALE | : | |
| DISTRIBUTORS INC. *et al.*, | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

THIS MATTER having come before the Court on Defendant Cooper-Booth Wholesale Company's Motion for Partial Judgment on the Pleadings for an Order under Rule 12(c) dismissing Count I of Plaintiff L.J. Zucca, Inc.'s First Amended Verified Complaint on the ground that, pursuant to Article VI, Paragraph 2 of the United States Constitution, the claims asserted under the Delaware Unfair Cigarette Sales Act, 6 *Del. C.* §§ 2601 – 2608, are preempted by the Sherman Act, 15 U.S.C. § 1; and the Court having considered the moving and opposing papers, argument of counsel, and having placed its findings of fact and conclusions of law on the record;

IT IS on this _____ day of _____, 2008, **ORDERED** that:

1.     Defendant Cooper-Booth Wholesale Company's motion is **GRANTED.**

2.     Count I of Plaintiff L.J. Zucca, Inc.'s First Amended Verified Complaint is **DISMISSED** under Rule 12(c) on the ground that, pursuant to Article VI, Paragraph 2 of the

United States Constitution, the Delaware Unfair Cigarette Sales Act, 6 *Del. C.* §§ 2601 – 2608, is

preempted by the Sherman Act, 15 U.S.C. § 1.


_____

Hon. Joseph J. Farnan, Jr.

110018.00602/40173849v.1