# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L.J. ZUCCA, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO.:  1:07-cv-00002 |
| | : | |
| v. | : | |
| | : | Removed from Chancery Court |
| ALLEN BROS. WHOLESALE | : | New Castle County, Delaware |
| DISTRIBUTORS INC.; COOPER-BOOTH | : | C.A. No.  2572-N |
| WHOLESALE COMPANY; EBY-BROWN | : | |
| COMPANY LLC; and KLEIN CANDY CO. LP, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Candice Toll Aaron of Saul Ewing LLP as counsel for Plaintiff L.J. Zucca, Inc.  This notice and entry of appearance is without waiver of any procedural or substantive right.

            **SAUL EWING LLP**

            /s/ Candice Toll Aaron
            Candice Toll Aaron (DE ID # 4465)
            222 Delaware Avenue, Suite 1200
            P.O. Box 1266
            Wilmington, DE  19899-1266
            Telephone:     (302) 421-6800
            Facsimile:      (302) 421-6813
            Email: caaron@saul.com

            *Counsel for Plaintiff L.J. Zucca, Inc.*

Dated:  March 13, 2008

557292.1 3/13/08