THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO.: 1:07-cv-00002 |
| : | |
| v. : | |
| : | Removed from Chancery Court |
| ALLEN BROS. WHOLESALE : | New Castle County, Delaware |
| DISTRIBUTORS INC.; COOPER-BOOTH : | C.A. No. 2572-N |
| WHOLESALE COMPANY; EBY-BROWN : | |
| COMPANY LLC; and KLEIN CANDY CO. LP, : | |
| : | |
| Defendants. : | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE PRO HAC VICE of Adrienne C. Rogove, Esquire formerly of Saul Ewing LLP as attorney for Plaintiff, L.J. Zucca, Inc.

BLANK ROME LLP

Dated: March 17, 2008

*Adrienne C. Rogove*
Adrienne C. Rogove
Woodland Falls Corporate Park
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
(856) 779-3608 phone
(856) 779-6167 fax
Rogove@BlankRome.com

557353.1 3/17/08