THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L.J. ZUCCA, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 1:07-cv-00002 |
| | : | |
| v. | : | |
| | : | Removed from Chancery Court |
| ALLEN BROS. WHOLESALE | : | New Castle County, Delaware |
| DISTRIBUTORS INC.; COOPER-BOOTH | : | C.A. No.  2572-N |
| WHOLESALE COMPANY; EBY-BROWN | : | |
| COMPANY LLC; and KLEIN CANDY CO. LP, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE WITHDRAW THE APPEARANCE of Kimberly M. Large, Esquire formerly of Saul Ewing LLP as attorney for Plaintiff, L.J. Zucca, Inc.

MIKA MEYERS BECKETT & JONES PLC

Dated:  March 17, 2008            By:     /s/Kimberly M. Large
                                                    Kimberly M. Large (Del. ID. 4422)
                                                    900 Monroe Ave., N.W.
                                                    Grand Rapids, MI  49503
                                                    (616) 632-8000

557295.1 3/17/08