THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., | : |
|           Plaintiff, | : CIVIL ACTION NO.: 1:07-cv-00002 |
| v. | : |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC.; COOPER-BOOTH WHOLESALE COMPANY; EBY-BROWN COMPANY LLC; and KLEIN CANDY CO. LP, | : Removed from Chancery Court<br>: New Castle County, Delaware<br>: C.A. No. 2572-N |
|           Defendants. | : |

**STIPULATION FOR EXTENSION OF TIME FOR BRIEFING SCHEDULE**

The parties, by and through their attorneys, hereby stipulate and agree to an extension of time of the briefing schedule regarding Defendant Cooper-Booth Wholesale Company's Opening Brief in Support of its Motion for Judgment on the Pleadings (D.I. # 47) as follows:

April 15, 2008 – Deadline for Plaintiff L.J. Zucca, Inc. to file its Answering Brief

April 22, 2008 – Deadline for Defendant Cooper-Booth Wholesale Company to file its Reply Brief.

| SAUL EWING LLP | BLANK ROME LLP |
|---|---|
| Candice Toll Aaron, Esquire (DE # 4465)<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19801<br>302-421-6800 (phone)<br>302-421-6813 (facsimile)<br>caaron@saul.com (e-mail) | Christine Azar, Esquire (DE # 4170)<br>1201 North Market Street, Suite 800<br>Wilmington, Delaware 19801-4226<br>302-425-6438 (phone)<br>azar@blankrome.com (e-mail) |

SO ORDERED this ____ day of _____, 2008.

_____
J.

557357.1 3/18/08