## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

L.J. ZUCCA, INC.,                                :
                                                 :
                           Plaintiff,            :    CIVIL ACTION NO.:  1:07-cv-00002
                                                 :
        v.                                       :
                                                 :    Removed from Chancery Court
ALLEN BROS. WHOLESALE                            :    New Castle County, Delaware
DISTRIBUTORS INC.; COOPER-BOOTH                  :    C.A. No.  2572-N
WHOLESALE COMPANY; EBY-BROWN                     :
COMPANY LLC; and KLEIN CANDY CO. LP,             :
                                                 :
                           Defendants.           :

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Candice Toll Aaron, a member of the bar of this Court, pursuant to District Court Local

Rule 83.5, moves for the admission *pro hac vice* of Pervis Chris Lee, Esquire, of the law firm

Saul Ewing LLP, Lockwood Place, 500 East Pratt Street, Suite 900, Baltimore, Maryland 21202-

3171, in this action to represent Plaintiff L.J. Zucca, Inc.  Mr. Lee is admitted, practicing, and in

good standing in the Bar(s) of the State of Maryland, the District of Columbia (Bar #: 497845),

and the United States District Court for the District of Maryland (Bar #: 28210).  In accordance

with Standing Order for District Court Fund Effective January 1, 2005, movant states that the

annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this Motion.

                        **SAUL EWING LLP**


                        _____
                        Candice Toll Aaron (No. 4465)
                        222 Delaware Avenue, Suite 1200
                        P.O. Box 1266
                        Wilmington, DE  19899
                        (302) 421-6800 phone
                        (302) 421-6813 facsimile
                        caaron@saul.com

                        Counsel for L.J. Zucca, Inc.

## CERTIFICATION OF ATTORNEY BEING ADMITTED

Pursuant to Local Rule 83.5, I, Pervis Chris Lee, Esquire, hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland, District of Columbia, and the United States District Court for the District of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of this action. My firm, and I specifically, have been engaged by L.J. Zucca, Inc. to prosecute similar claims against the Defendants and others in New Jersey, based on their violation of similar New Jersey statutes. I also certify I am generally familiar with this Court's Local Rules.

SAUL EWING LLP

Pervis Chris Lee, Esquire
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, Maryland 21202-3171
plee@saul.com

Counsel for L.J. Zucca, Inc.

Dated: March 14, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

L.J. ZUCCA, INC.,                          :

               Plaintiff,      :      CIVIL ACTION NO.:  1:07-cv-00002

         v.                             :

                         :      Removed from Chancery Court
ALLEN BROS. WHOLESALE         :      New Castle County, Delaware
DISTRIBUTORS INC.; COOPER-BOOTH    :      C.A. No.  2572-N
WHOLESALE COMPANY; EBY-BROWN       :
COMPANY LLC; and KLEIN CANDY CO. LP,  :

            Defendants.     :

## <u>ORDER</u>

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Pervis Chris

Lee, Esquire is GRANTED.

DATED: _____, 2008

_____

UNITED STATES DISTRICT COURT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

L.J. ZUCCA, INC.,                         :
                                          :
           Plaintiff,                  :    CIVIL ACTION NO.:  1:07-cv-00002
                                          :
    v.                                   :
                                          :    Removed from Chancery Court
ALLEN BROS. WHOLESALE                     :    New Castle County, Delaware
DISTRIBUTORS INC.; COOPER-BOOTH           :    C.A. No.  2572-N
WHOLESALE COMPANY; EBY-BROWN              :
COMPANY LLC; and KLEIN CANDY CO. LP,      :
                                          :
           Defendants.                 :

### CERTIFICATE OF SERVICE

I, Candice Toll Aaron, Esquire, hereby certify that on March 26, 2008, I electronically

filed the MOTION AND ORDER FOR ADMISSION PRO HAC VICE of Pervis Chris Lee with

the Clerk of Court using CM/ECF which will send notification of such filing.  A copy of the

document was served on the following counsel in the manner indicated:

**VIA REGULAR MAIL**

David K. Sheppard, Esquire
1201 Market Street
Suite 800
Wilmington, DE  19801

**VIA REGULAR MAIL**

Christopher M. Ferguson
Kostelanetz & Fink, LLP
530 Fifth Avenue
New York, New York 10036

**VIA REGULAR MAIL**

Stephen M. Orlofsky, Esquire
Kit Applegate, Esquire
210 Lake Drive East, Suite 200
Woodland Falls Corporate Park
Cherry Hill, NJ  08002

**VIA REGULAR MAIL**

Michael J. Fioretti, Esquire
Law Offices of Chance & McCann
201 West Commerce Street
Bridgeton, New Jersey 08302

**VIA REGULAR MAIL**

Allen Bros. Wholesale Distributors Inc.
120 West Erie Avenue
Philadelphia, PA 19104-2725

**VIA REGULAR MAIL**

Eric Rayz, Esquire
Kalikhman & Rayz, LLC
1051 County Line Road, Unit 102
Huntingdon Valley, PA 19006

**SAUL EWING LLP**

Candice Toll Aaron (No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800 phone
(302) 421-6813 facsimile
caaron@saul.com

Counsel for L.J. Zucca, Inc.

Dated: March 26, 2008