IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L.J. ZUCCA, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 1:07-cv-00002 |
| | : | |
| v. | : | |
| | : | Removed from Chancery Court |
| ALLEN BROS. WHOLESALE | : | New Castle County, Delaware |
| DISTRIBUTORS INC.; COOPER-BOOTH | : | C.A. No. 2572-N |
| WHOLESALE COMPANY; EBY-BROWN | : | |
| COMPANY LLC; and KLEIN CANDY CO. LP, | : | |
| | : | |
| Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Candice Toll Aaron, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves for the admission *pro hac vice* of Daniel R. Chemers, Esquire, of the law firm Saul Ewing LLP, Lockwood Place, 500 East Pratt Street, Suite 900, Baltimore, Maryland 21202-3171, as counsel for Plaintiff L.J. Zucca, Inc. Mr. Chemers is admitted, practicing, and in good standing as a member of the Bars of the State of Maryland and the District of Columbia, and is admitted to practice in the courts of those jurisdictions, in the U.S. District Courts of Maryland and the District of Columbia, and in the U.S. Fourth Circuit Court of Appeals. In accordance with Standing Order for District Court Fund Effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this Motion.

557319.1 3/20/08

**SAUL EWING LLP**

*/s/ Candice Toll Aaron*
Candice Toll Aaron (No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800 phone
(302) 421-6813 facsimile
caaron@saul.com

Counsel for L.J. Zucca, Inc.

Dated: March 20, 2008

## CERTIFICATION OF ATTORNEY BEING ADMITTED

Pursuant to Local Rule 83.5, I, Daniel R. Chemers, Esquire, hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia, and am admitted to practice in the courts of those jurisdictions, in the U.S. District Courts of Maryland and the District of Columbia, and in the U.S. Fourth Circuit Court of Appeals. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. My firm, and I specifically, have been engaged by L.J. Zucca, Inc. to prosecute similar claims against the Defendants and others in New Jersey, based on their violation of similar New Jersey statutes. I also certify I am generally familiar with this Court's Local Rules.

SAUL EWING LLP

Daniel R. Chemers, Esquire
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, Maryland 21202-3171
dchemers@saul.com

Counsel for L.J. Zucca, Inc.

Dated: March 20, 2008

557319.1 3/20/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L.J. ZUCCA, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 1:07-cv-00002 |
| | : | |
| v. | : | |
| | : | Removed from Chancery Court |
| ALLEN BROS. WHOLESALE | : | New Castle County, Delaware |
| DISTRIBUTORS INC.; COOPER-BOOTH | : | C.A. No. 2572-N |
| WHOLESALE COMPANY; EBY-BROWN | : | |
| COMPANY LLC; and KLEIN CANDY CO. LP, | : | |
| | : | |
| Defendants. | : | |

## ORDER

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Daniel R. Chemers, Esquire is GRANTED.

DATED: _____, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

557319.1 3/20/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO.: 1:07-cv-00002 |
| : | |
| v. : | |
| : | Removed from Chancery Court |
| ALLEN BROS. WHOLESALE : | New Castle County, Delaware |
| DISTRIBUTORS INC.; COOPER-BOOTH : | C.A. No. 2572-N |
| WHOLESALE COMPANY; EBY-BROWN : | |
| COMPANY LLC; and KLEIN CANDY CO. LP, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Candice Toll Aaron, Esquire, hereby certify that on March 26, 2008, I electronically filed the MOTION AND ORDER FOR ADMISSION PRO HAC VICE of Daniel R. Chemers with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following counsel in the manner indicated:

**VIA REGULAR MAIL**

David K. Sheppard, Esquire
1201 Market Street
Suite 800
Wilmington, DE 19801

**VIA REGULAR MAIL**

Christopher M. Ferguson
Kostelanetz & Fink, LLP
530 Fifth Avenue
New York, New York 10036

**VIA REGULAR MAIL**

Stephen M. Orlofsky, Esquire
Kit Applegate, Esquire
210 Lake Drive East, Suite 200
Woodland Falls Corporate Park
Cherry Hill, NJ 08002

**VIA REGULAR MAIL**

Michael J. Fioretti, Esquire
Law Offices of Chance & McCann
201 West Commerce Street
Bridgeton, New Jersey 08302

<u>**VIA REGULAR MAIL**</u>

Allen Bros. Wholesale Distributors Inc.
120 West Erie Avenue
Philadelphia, PA 19104-2725

<u>**VIA REGULAR MAIL**</u>

Eric Rayz, Esquire
Kalikhman & Rayz, LLC
1051 County Line Road, Unit 102
Huntingdon Valley, PA 19006

**SAUL EWING LLP**

*/s/ Candice Toll Aaron*

Candice Toll Aaron (No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6800 phone
(302) 421-6813 facsimile
caaron@saul.com

Counsel for L.J. Zucca, Inc.

Dated:  March 26, 2008