IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., | ) |
|       Plaintiffs, | ) |
| vs. | ) C.A. No. 1:07-cv-00002** |
| ALLEN BROS. WHOLESALE DISTRIBUTORS, INC., COOPER-BOOTH WHOLESALE COMPANY, EBY-BROWN COMPANY LLC; and WESTERN SKIER LTD., f/k/a KLEIN CANDY CO., LP., | ) |
|       Defendants. | ) |

## NOTICE OF JOINDER

PLEASE TAKE NOTICE that Defendant Allen Bros. Wholesale Distributors, Inc. hereby joins in the Motion for Partial Summary Judgment of Defendant Cooper-Booth Wholesale Company (DI 46) and Opening Brief (DI 47) filed on March 12, 2008 in this action.

MORRIS JAMES LLP

_____
James W. Semple (#0396)
Matthew F. Lintner (#4371)
David J. Soldo (#4309)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
jsemple@morrisjames.com
mlintner@morrisjames.com
dsoldo@morrisjames.com

April 17, 2008

1735318/1

## CERTIFICATE OF SERVICE

I, James W. Semple, hereby certify that on April 17, 2008, I served a copy of Defendant Allen Bros. Wholesale Distributors, Inc.'s Notice of Joinder upon the following counsel via electronic service:

Candice Toll Aaron, Esquire
Kimberly Michelle Large, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Christine S. Azar, Esquire
David Kyle Sheppard, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

Michael F. Bonkowski, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 West Street, Suite 1200
Wilmington, DE 19801

David E. Brand, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

David S. Eagle, Esauire
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

_____
James W. Semple
I.D. No. 0396