THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO.: 1:07-cv-00002 (JJF) |
| : | |
| ALLEN BROS. WHOLESALE : | |
| DISTRIBUTORS, INC.; COOPER- : | Removed from Chancery Court |
| BOTH WHOLESALE COMPANY; : | New Castle County, Delaware |
| EBY-BROWN COMPANY LLC; and : | C.A. No. 2572-N |
| WESTERN SKIER LTD., f/k/a KLEIN : | |
| CANDY CO. LP, : | |
| : | |
| Defendants. | |

## NOTICE OF JOINDER

PLEASE TAKE NOTICE that Defendant Western Skier LTD., f/k/a Klein Candy Co., LP hereby joins in the Motion for Partial Summary Judgment of Defendant Cooper-Booth Wholesale Company (DI 46) and Opening Brief (DI 47) filed on March 12, 2008 in this action.

Dated: April 21, 2008         KLEHR, HARRISON, HARVEY, BRANZBURG &
                              ELLERS LLP


                              By:   /s/ Kelly A. Green
                                    David S. Eagle (Bar No. 3387)
                                    Kelly A. Green (Bar No. 4095)
                                    919 Market Street, Suite 1000
                                    Wilmington, DE  19801
                                    (302) 552-5508 (phone); (302) 426-9193 (fax)
                                    deagle@klehr.com
                                    kgreen@klehr.com
                                    *Attorneys for Western Skier LTD., f/k/a Klein
                                    Candy Co. LP*

DEL1 68173-1

## CERTIFICATE OF SERVICE

I, Kelly A. Green, certify that on April 21, 2008, copies of the foregoing Notice of Joinder were served electronically upon the following:

Candice Toll Aaron, Esq.
Saul Ewing LLP
222 Delaware Avenue, #1200
P.O. Box 1266
Wilmington, DE 19899

Michael F. Bonkowski, Esq.
Cole, Schotz, Meisel, Forman &
  Leonard, P.A.
1000 West Street, Suite 1200
Wilmington, DE 19801

James W. Semple, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Christine S. Azar, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226

David E. Brand, Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

/s/ Kelly A. Green
Kelly A. Green (DE Bar No. 4095)

DEL1 68173-1