IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>ALLEN BROS. WHOLESALE DISTRIBUTORS INC., COOPER-BOOTH WHOLESALE COMPANY, EBY-BROWN COMPANY, LLC, and KLEIN CANDY CO. LP,<br><br>    Defendants. | C.A. No. 1:07-cv-2 (JJF) |

## DEFENDANT'S APPLICATION FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendant Cooper-Booth Wholesale Company ("Cooper-Booth"), by and through the undersigned counsel, hereby requests oral argument on its Motion for Partial Judgment on the Pleadings (D.I. 46). Briefing on the Motion was completed on April 22, 2008. Cooper-Booth's moving brief was filed as Docket Item No. 47, Plaintiff's opposition brief was filed as Docket Item No. 55, and Cooper-Booth's Reply Brief was filed as Docket Item No. 58.

Respectfully submitted,

**BLANK ROME LLP**

Dated: April 22, 2008

_____
Christine S. Azar (I.D. No. 4170)
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Fax     (302) 425-6464

and

Stephen M. Orlofsky, Esquire
Kit Applegate, Esquire
210 Lake Drive East, Suite 200
Woodland Falls Corporate Park
Cherry Hill, New Jersey 08002
Phone: (856) 779-3600
Fax:    (856) 779-7647

Attorneys for Defendant
Cooper-Booth Wholesale Company