THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., : | |
|     Plaintiff, : | |
| v. : | CIVIL ACTION NO.: 1:07-cv-00002 (JJF) |
| ALLEN BROS. WHOLESALE : | |
| DISTRIBUTORS, INC.; COOPER- : | Removed from Chancery Court |
| BOOTH WHOLESALE COMPANY; : | New Castle County, Delaware |
| EBY-BROWN COMPANY LLC; and : | C.A. No. 2572-N |
| KLEIN CANDY CO. LP, : | |
|     Defendants. : | |

### STIPULATED ORDER TO CORRECT CAPTION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties listed below, subject to the Court's approval, that:

(1) The caption in this action is hereby corrected as follows: the name "Klein Candy Co. LP" is stricken from the caption as a party defendant and substituted in its place as a party defendant is the name "Western Skier, Ltd."

*[remainder of page intentionally left blank]*

DEL1 68146-1

Dated: April 22, 2008      KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP


By:  /s/ Kelly A. Green
     David S. Eagle (Bar No. 3387)
     Kelly A. Green (Bar No. 4095)
     919 Market Street, Suite 1000
     Wilmington, DE 19801
     (302) 552-5508 (phone); (302) 426-9193 (fax)
     deagle@klehr.com
     kgreen@klehr.com
     *Attorneys for Klein Candy Co. LP*


Dated: April 22, 2008      SAUL EWING LLP


By:  /s/ Candice Toll Aaron
     Candice Toll Aaron (Bar No. 4465)
     222 Delaware Avenue, #1200
     P.O. Box 1266
     Wilmington, DE 19899
     (302) 421-6875
     caaron@saul.com
     *Attorneys for L.J. Zucca Inc.*


Dated: April 22, 2008      MORRIS JAMES LLP


By:  /s/ James W. Semple
     James W. Semple (Bar No. 396)
     500 Delaware Avenue, Suite 1500
     P.O. Box 2306
     Wilmington, DE 19899-2306
     (302) 888-6800
     jsemple@morrisjames.com
     *Attorneys for Allen Bros. Wholesale Distributors Inc.*

Dated: April 22, 2008              BLANK ROME LLP

                                   By:  /s/ Christine S. Azar
                                        Christine S. Azar (Bar No. 4170)
                                        1201 North Market Street, Suite 800
                                        Wilmington, DE 19801-4226
                                        (302) 425-6438
                                        azar@blankrome.com
                                        *Attorneys for Cooper-Booth Wholesale Company*

Dated: April 22, 2008              PRICKETT, JONES & ELLIOTT, P.A.

                                   By:  /s/ David E. Brand
                                        David E. Brand (Bar No. 201)
                                        1310 King Street
                                        P.O. Box 1328
                                        Wilmington, DE 19899
                                        (302) 888-6500
                                        debrand@prickett.com
                                        *Attorneys for Eby-Brown Company LLC*

DEL1 68146-1

SO ORDERED, this ____ day of _____, 2008.

_____
The Honorable Joseph J. Farnan, Jr.