IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., : | |
| : | |
| Plaintiff, : | Civil Action No.: 1:07-cv-00002 JJF |
| : | |
| v. : | |
| : | Removed from Chancery Court |
| ALLEN BROS. WHOLESALE : | New Castle County, Delaware |
| DISTRIBUTORS INC.; COOPER-BOOTH : | C.A. No. 2572-N |
| WHOLESALE COMPANY; EBY-BROWN : | |
| COMPANY LLC; and WESTERN SKIER, : | JURY TRIAL DEMANDED |
| LTD. F/K/A KLEIN CANDY CO. LP, : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S APPLICATION FOR ORAL ARGUMENT**

Pursuant to D. Del. Local Rule 7.1.4, Plaintiff L.J. Zucca, Inc. ("Zucca"), by and through its undersigned counsel, hereby requests oral argument on its Opposition to Defendant's Motion for Partial Judgment on the Pleadings (D.I. 46)  Briefing on the Motion and its Opposition was completed on April 22, 2008.  The releated docket entries are as follows:

- D.I. 47 (Defendant Cooper-Booth's Brief in Support of its Motion for Partial Judgment on the Pleadings)

- D.I. 55 (Plaintiff's Answering Brief in Opposition to Defendant's Motion for Partial Judgment on the Pleadings

- D.I. 58 (Defendant Cooper-Booth's Reply Brief in Further Support of its Motion for Partial Judgment on the Pleadings

- D.I. 59 (Defendant Cooper-Booth's Application for Oral Argument filed on April 22, 2008).

Respectfully submitted,

**SAUL EWING LLP**

_____
Candice Toll Aaron (No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800 phone
(302) 421-6813 facsimile
caaron@saul.com

Counsel for L.J. Zucca, Inc.

*Of Counsel:*

Daniel R. Chemers
W. Damon Dennis
Pervis Chris Lee
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, Maryland 21202-3171
dchemers@saul.com
ddennis@saul.com
plee@saul.com

April 23, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., | : |
|         Plaintiff, | : CIVIL ACTION NO.: 1:07-cv-00002 |
| v. | : |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC.; COOPER-BOOTH WHOLESALE COMPANY; EBY-BROWN COMPANY LLC; and KLEIN CANDY CO. LP, | : Removed from Chancery Court<br>: New Castle County, Delaware<br>: C.A. No. 2572-N |
|         Defendants. | : |

## CERTIFICATE OF SERVICE

I, Candice Toll Aaron, Esquire, hereby certify that on April 23, 2008, I electronically filed the foregoing *Plaintiff's Application for Oral Argument* with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following counsel in the manner indicated:

**VIA REGULAR MAIL**

David K. Sheppard, Esquire
1201 Market Street
Suite 800
Wilmington, DE 19801

**VIA REGULAR MAIL**

Stephen M. Orlofsky, Esquire
Kit Applegate, Esquire
210 Lake Drive East, Suite 200
Woodland Falls Corporate Park
Cherry Hill, NJ 08002

**VIA REGULAR MAIL**

Christopher M. Ferguson
Kostelanetz & Fink, LLP
530 Fifth Avenue
New York, New York 10036

**VIA REGULAR MAIL**

Michael J. Fioretti, Esquire
Law Offices of Chance & McCann
201 West Commerce Street
Bridgeton, New Jersey 08302

-4-

**VIA REGULAR MAIL**

Allen Bros. Wholesale Distributors Inc.
120 West Erie Avenue
Philadelphia, PA 19104-2725

**VIA REGULAR MAIL**

Eric Rayz, Esquire
Kalikhman & Rayz, LLC
1051 County Line Road, Unit 102
Huntingdon Valley, PA 19006

SAUL EWING LLP

_____
Candice Toll Aaron (No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800 phone
(302) 421-6813 facsimile
caaron@saul.com

Counsel for L.J. Zucca, Inc.

Dated: April 23, 2008