IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

L.J. ZUCCA, INC.,

        Plaintiff,

    v.                              Civil Action No. 07-02-JJF

ALLEN BROS. WHOLESALE
DISTRIBUTORS INC. *et al.*,

        Defendants.

**ORDER**

For the reasons discussed in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that Defendant Cooper-Booth Wholesale Company's Motion for Partial Judgment on the Pleadings (D.I. 46) is **DENIED**.

July 29, 2008                             _____
                                           UNITED STATES DISTRICT JUDGE