IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., | : |
| Plaintiff, | : C.A. No. 1:07-CV-2 (JJF) |
| v. | : |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC. *et al.*, | : |
| Defendants. | : |

**DEFENDANT COOPER-BOOTH WHOLESALE COMPANY'S
MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL
THE COURT'S ORDER OF JULY 29, 2008**

Pursuant to 28 U.S.C. § 1292(b), Defendant Cooper-Booth Wholesale Company, by and through its undersigned counsel, hereby moves this Court to certify for immediate interlocutory appeal its Order of July 29, 2008, so the Third Circuit may address whether, in view of the Supreme Court's recent opinion in *Leegin Creative Leather Products, Inc. v. PSKS, Inc.*, 127 S.Ct. 2705 (2007), proof that a conspiracy among competitors exists is a legal prerequisite to finding the Delaware Unfair Cigarette Sales Act, 6 *Del. C.* §§ 2601 – 2608, preempted by Section 1 of the Sherman Act, 15 U.S.C. § 1.

The factual and legal grounds for this Motion are set forth in Defendant Cooper-Booth Company's Brief in Support of Motion to Certify for Interlocutory Appeal the Court's Order of July 29, 2008, filed contemporaneously herewith. Oral argument is requested.

Respectfully submitted,

**BLANK ROME LLP**

Dated: August 7, 2008

_____
CHRISTINE S. AZAR, ESQUIRE
(I.D. No. 4170)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Phone: (302) 425-6400
Fax     (302) 425-6464

and

Stephen M. Orlofsky, Esquire
Kit Applegate, Esquire
Woodland Falls Corporate Park
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
Phone: (856) 779-3600
Fax:    (856) 779-7647

Attorneys for Defendant
Cooper-Booth Wholesale Company

## CERTIFICATE OF SERVICE

I, Christine S. Azar, Esquire, certify that on August 7, 2008, I served a copy of **Defendant Cooper-Booth Company's Motion to Certify for Interlocutory Appeal the Court's Order of July 29, 2008** upon the following counsel in the manner indicated below:

### VIA ELECTRONIC SERVICE

Candice Toll Aaron, Esquire
Kimberly M. Large, Esquire
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Attorneys for Plaintiff
L.J. Zucca, Inc.

James W. Semple, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
Attorneys for Defendant
Allen Bros. Wholesale Distributors, Inc.

David E. Brand, Esquire
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19899
Attorneys for Defendant
Eby-Brown Company, LLC

David S. Eagle, Esquire
KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Attorneys for Defendant
Western Skier, Ltd. f/k/a Klein Candy Co., LP

_____
Christine S. Azar
I.D. No. 4170

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., | : |
|             Plaintiff, | : C.A. No. 1:07-CV-2 (JJF) |
| v. | : |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC. *et al.*, | : |
|             Defendants. | : |

## ORDER

THIS MATTER having come before the Court on Defendant Cooper-Booth Wholesale Company's Motion to Certify for Interlocutory Appeal the Court's Order of July 29, 2008; and the Court having considered the moving and opposing papers, argument of counsel, and having placed its findings of fact and conclusions of law on the record;

IT IS on this _____ day of _____, 2008, **ORDERED** that:

1. Defendant Cooper-Booth Wholesale Company's motion is **GRANTED.**

2. This Court's Order of July 29, 2008 is hereby on this date supplemented to state that it involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal of the Order may materially advance the ultimate termination of this litigation.

3. The following question is hereby certified pursuant to 28 U.S.C. § 1292(b) to the United States Court of Appeals for the Third Circuit: Whether in view of the Supreme Court's recent opinion in *Leegin Creative Leather Products, Inc. v. PSKS, Inc.*, 127 S.Ct. 2705 (2007), proof that a conspiracy among competitors exists is a legal prerequisite to finding the Delaware

110018.00602/30333479v.1

Unfair Cigarette Sales Act, 6 Del. C. §§ 2601 – 2608, preempted by Section 1 of the Sherman Act, 15 U.S.C. § 1.

_____
HON. JOSEPH J. FARNAN, JR.