**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

L.J. ZUCCA, INC.,

Plaintiff,

v.

ALLEN BROS. WHOLESALE DISTRIBUTORS INC.; COOPER-BOOTH WHOLESALE COMPANY; EBY-BROWN COMPANY LLC; and WESTERN SKIER, LTD. F/K/A KLEIN CANDY CO. LP;

Defendants.

Civil Action No.: 1:07-cv-002 (JFF)

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**
**OF CHRISTOPHER M. FERGUSON**

I, Kelly A. Green, Esq., a member of the bar of this Court, pursuant to District Court Local rule 83.5, move for the admission pro hac vice of Christopher M. Ferguson (the "Admittee"), a member of the law firm Kostelanetz & Fink LLP to act as counsel to the defendant, Western Skier Ltd. in this case and in any related proceedings. The Admittee is admitted, practicing, and a member in good standing of the bars of: the State of New York. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

Dated: August 8, 2008
Wilmington, Delaware

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP

By: */s/ Kelly A. Green*

Kelly A. Green (Del. Bar No. 4095)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Fax: (302) 426-9193
kgreen@klehr.com
*Attorneys for Western Skier Ltd.*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Christopher M. Ferguson, hereby certify that I am eligible for *pro hac vice* admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, am admitted to practice before the Southern and Eastern Districts of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Christopher M. Ferguson, Esq.
Kostelanetz & Fink, LLP
7 World Trade Center
New York, New York 10007
(212) 808-8100
bwille@kflaw.com

Dated: New York, New York
July 30, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

L.J. ZUCCA, INC.,

Plaintiff,

v.

ALLEN BROS. WHOLESALE DISTRIBUTORS INC.; COOPER-BOOTH WHOLESALE COMPANY; EBY-BROWN COMPANY LLC; and WESTERN SKIER, LTD. F/K/A KLEIN CANDY CO. LP;

Defendants.

Civil Action No.: 1:07-cv-002 (JFF)

ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of Christopher M. Ferguson is GRANTED.

Date: ____________________, 2008

____________________________________
THE HONORABLE JOSEPH F. FARNAN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Kelly A. Green, certify that on August 8, 2008, copies of the Motion, Certifications of Counsel and Order for Admission *Pro Hac Vice* were served electronically upon the following:

Candice Toll Aaron, Esquire
Kimberly M. Large, Esquire
Saul Ewing LLP
222 Delaware Avenue, #1200
P.O. Box 1266
Wilmington, DE 19899
*Attorneys for Plaintiff I.J. Zucca, Inc.*

James W. Semple, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
*Attorneys for Defendant Allen Bros. Wholesale Distributors, Inc.*

Christine S. Azar , Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226
*Attorneys for Defendant Cooper-Booth Wholesale Company*

David E. Brand, Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
*Attorneys for Defendant Eby-Brown Company, LLC*

/s/ Kelly A. Green
Kelly A. Green (DE Bar No. 4095)