

Candice Toll Aaron
Phone: (302) 421-6875
Fax: (302) 421-5884
caaron@saul.com
www.saul.com

August 20, 2008

**Via Hand Delivery and E-Filing**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **L.J. Zucca, Inc. v. Allen Bros. Wholesale Distributors Inc.,** *et al.*
            **C.A. No. 1:07-cv-2 (JJF)**

Dear Judge Farnan:

    This office represents Plaintiff L.J. Zucca, Inc. I write regarding the deadlines for (a) Plaintiff to file its answering brief to Cooper-Booth's Motion to Certify for Interlocutory Appeal [D.I. No. 65] and (b) the parties to confer and submit a scheduling order as ordered by the Court [D.I. 64]. The deadline for both is tomorrow, August 21, 2008.

    Late last week, my office contacted opposing counsel regarding extending these deadlines, which would have proved difficult to meet given the limited availability over the next two weeks of the attorneys in my office handling this case. Counsel graciously agreed to extend both deadlines, as reflected in the attached stipulations.

    We regret burdening the Court with this request, but Plaintiff respectfully submits that this short extension will allow the parties much needed time to flesh out the arguments relating to Cooper-Booth's Motion and time to confer and submit an agreed-upon scheduling order for the Court's consideration. Should Your Honor have any questions or concerns regarding this request, counsel is available at the call of the Court.

                                                Respectfully submitted,

                                               Candice Toll Aaron (No. 4465)

CTA/LBM/rew
Enclosures
cc:    Christine Azar, Esq.
       Stephen M. Orlofsky, Esq.
       James Semple, Esq.
       David E. Brand, Esq.
       Kelly A. Green, Esq.

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP
561121.1 8/20/08