THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.J. ZUCCA, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:07-cv-2 (JJF) |
| ALLEN BROS. WHOLESALE DISTRIBUTORS INC.; *et al.*, | : |
| Defendants. | : |

**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT COOPER-BOOTH WHOLESALE COMPANY'S MOTION TO CERTIFY INTERLOCUTORY APPEAL**

Plaintiff L.J. Zucca, Inc., and Defendant Cooper-Booth Wholesale Company ("Cooper-Booth"), by and through their undersigned counsel, hereby stipulate and request the Court to enter an Order modifying the briefing schedule for Cooper-Booth's pending Motion to Certify for Interlocutory Appeal (D.I. No. 65) as follows:

1. Plaintiff L.J. Zucca, Inc., shall file and serve its answering brief and accompanying affidavits, if any, on or before September 4, 2008.

2. Defendant Cooper-Booth shall file and serve its reply brief and accompanying affidavits, if any, on or before September 19, 2008.

561080.1 8/18/08

| SAUL EWING LLP | BLANK ROME LLP |
|---|---|
| /s/ Lucian Murley | /s/ (DE # 4088) for Christine Azar |
| Candice Toll Aaron (DE # 4465) | Christine Azar (DE # 4170) |
| Lucian Murley (DE # 4892) | 1201 North Market Street, Suite 800 |
| 222 Delaware Avenue, Suite 1200 | Wilmington, Delaware 19801-4226 |
| P.O. Box 1266 | 302-425-6438 (phone) |
| Wilmington, DE 19801 | azar@blankrome.com (e-mail) |
| 302-421-6800 (phone) | |
| caaron@saul.com (e-mail) | -and- |
| lmurley@saul.com (e-mail) | |
| | Stephen M. Orlofsky, Esquire |
| Attorneys for Plaintiff | Kit Applegate, Esquire |
| | 210 Lake Drive East, Suite 200 |
| | Woodland Falls Corporate Park |
| | Cherry Hill, NJ  08002 |
| | 658-779-3600 (phone) |
| | orlofsky@blankrome.com |
| | applegate@blankrome.com |
| | |
| | Attorneys for Defendant Cooper-Booth Wholesale Company |

SO ORDERED this ____ day of _____, 2008.

_____
J.