## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

L.J. ZUCCA, INC.,                          :

        Plaintiff,                     :

v.                                         :    Civil Action No. 1:07-cv-2 (JJF)

                                       :

ALLEN BROS. WHOLESALE                      :
DISTRIBUTORS INC.; et al.,                 :

        Defendants.                    :

### STIPULATION AND ORDER EXTENDING DEADLINE TO SUBMIT RULE 16 SCHEDULING ORDER

The parties in the above-captioned action hereby stipulate and request the Court enter an

order that counsel shall confer and submit to the Court a Joint Proposed Rule 16 Scheduling

Order by September 10, 2008.[1]


**SAUL EWING LLP**                         **BLANK ROME LLP**

_____                  _____ ( DE #4688) for Christine Azar
Candice Toll Aaron (DE # 4465)             Christine Azar (DE # 4170)
Lucian Murley (DE # 4892)                  1201 North Market Street, Suite 800
222 Delaware Avenue, Suite 1200            Wilmington, Delaware 19801-4226
P.O. Box 1266                              302-425-6438 (phone)
Wilmington, DE 19801                       azar@blankrome.com (e-mail)
302-421-6800 (phone)
caaron@saul.com (e-mail)                   Attorneys for Defendant Cooper-Booth
lmurley@saul.com (e-mail)                  Wholesale Company

Attorneys for Plaintiff


---
[1]    By Order dated and entered August 7, 2008 [D.I. No. 64], the Court directed the parties to submit an agreed-upon scheduling order by August 21, 2008. The instant stipulation seeks only to extend this deadline and does not seek to alter any other aspect of the August 7th Order.

561083.1 8/18/08

MORRIS JAMES LLP

PRICKETT, JONES & ELLIOT, P.A.

_____
James Semple (DE # 396)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
302-888-6870 (phone)
jsemple@morrisjames.com (e-mail)

_____
David E. Brand (DE # 201)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
302-888-6514 (phone)
debrand@prickett.com (e-mail)

Attorneys for Allen Bros. Wholesale
Distributors, Inc.

Attorneys for Eby-Brown Company LLC

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

_____
Kelly A. Green (DE #4095)
919 N. Market Street, Suite 1000
Wilmington, DE 19801-3062
302-552-5510
kgreen@klehr.com (e-mail)

Attorneys for Western Skier, Ltd.

SO ORDERED this ____ day of _____, 2008.

_____
J.